United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10475-TA

Taquiero Taco LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Apr 06, 2023      Form ID: ntcpdiv      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taquiero Taco LLC, 21551 Archer Cir, Huntington Beach, CA 92646-8017 |
| 41453931 | + | Aramarck, 1225 Versailles Road, Lexington, KY 40508-3117 |
| 41453933 | + | Cisco Food, 1390 Enclave Pkwy, Houston, TX 77077-2025 |
| 41453935 | + | Daniels Western, 5217 Industry Avenue, Pico Rivera, CA 90660-2505 |
| 41453936 | + | DoorDash, 303 2nd Street, Suite 800, San Francisco, CA 94107-1366 |
| 41453938 | + | Guy Young, 21551 Archer Circle, Huntington Beach, CA 92646-8017 |
| 41453942 | + | Irvine Company, c/o Walter Pena. Esq., 13215 Penn Street, Suite 510, Whittier, CA 90602-1776 |
| 41453940 | + | Irvine Company, 110 Innovation Drive, Irvine, CA 92617-3040 |
| 41453941 | + | Irvine Company, 550 Newport Center Drive, Newport Beach, CA 92660-7010 |
| 41453943 | + | Jacmar Food Service, 300 North Baldwin Park Blvd., La Puente, CA 91746-1405 |
| 41453945 | + | LaJolla Tortilla, 1713 East Vernon Ave Lounge, Los Angeles, CA 90058-1729 |
| 41453946 | + | Navidtas Credit Corp, 203 Fort Wade Road, Suite 300, Ponte Vedra, FL 32081-5159 |
| 41453947 | | Nuc02, 2800 SE Marketplace Stuart, Stuart, FL 34997 |
| 41453950 | + | Pop Menu Inc, 1000 Parkwood Circle, Suite 100, Atlanta, GA 30339-2121 |
| 41453952 | + | Southern California Gas, 1801 S. Atalntic Blvd, Monterey Park, CA 91754-5207 |
| 41453953 | + | Straub Distributing, 4633 East La Palma Avenue, Anaheim, CA 92807-1909 |
| 41453955 | + | US Small Business Administration, 5 HUTTON CENTRE DRIVE #900, Santa Ana, CA 92707-8791 |
| 41453954 | + | Unified Paper & Packaging, 1809 East 42nd Street, Los Angeles, CA 90058-1531 |
| 41453956 | + | Webbank, c/o Toast Capital, 401 Park Drive, suite 801, Boston, MA 02215-3372 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: richard.marshack@txitrustee.com | Apr 07 2023 00:07:00 | Richard A Marshack (TR), Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | | EDI: EDD.COM | Apr 07 2023 04:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 07 2023 04:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41453930 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2023 00:16:11 | American Express, Box 0001, Los Angeles, CA 90096-0001 |
| 41453932 | | EDI: BANKAMER.COM | Apr 07 2023 04:01:00 | Bank of America, P.O Box 10287, Van Nuys, CA 91410-0287 |
| 41453934 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Apr 07 2023 00:07:54 | Cox Communications, 1400 Lake Hearn Drive, Atlanta, GA 30319-1464 |
| 41453937 | | EDI: CALTAX.COM | Apr 07 2023 04:01:00 | Franchise Tax Board, P.O. Box 942867, Sacramento, CA 94267-0011 |
| 41453939 | | EDI: IRS.COM | Apr 07 2023 04:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41453944 | + | Email/Text: notices@kalamatacapitalgroup.com | | |

Case 8:23-bk-10475-TA    Doc 13    Filed 04/08/23    Entered 04/08/23 21:13:59    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: ntcpdiv | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Apr 07 2023 00:06:00 | Kalamata Capital Group, 80 Broad Street, Suite 1210, New York, NY 10004-2800 |
| 41453948 | Email/Text: orangecountybk@ttc.ocgov.com | Apr 07 2023 00:07:00 | Orange County Tax Collector, 100 4th Street, SAnta Ana, CA |
| 41453949 | + Email/Text: recovery@paypal.com | Apr 07 2023 00:06:00 | PayPal, 2211 N. FIRST STREET, San Jose, CA 95131-2021 |
| 41453951 | Email/Text: bankruptcygroup@sce.com | Apr 07 2023 00:07:00 | Southern California Edison, PO Box 600, Rosemead, CA 91771-0001 |
| 41453957 | + Email/Text: bankruptcy@webbank.com | Apr 07 2023 00:07:00 | Webbank, c/o PayPal, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Parisa Fishback | on behalf of Debtor Taquiero Taco LLC pfishback@fishbacklawgroup.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com   rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
 Taquiero Taco LLC
**SSN:** N/A
**EIN:** 82−1009945

21551 Archer Cir
Huntington Beach, CA 92648

**BANKRUPTCY NO.** 8:23−bk−10475−TA
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before July 10, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: April 6, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**10 /**