| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Parisa Fishback, Esq. 255218<br>4590 MacArthur Blvd., Suite 500<br>Newport Beach, CA 92660<br>(949) 274.7080 Fax: (949) 258.3385<br>255218 CA<br>pfishback@fishbacklawgroup.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Taquiero Taco LLC<br><br><br><br><br>Debtor(s) | CASE NO.: 8:23-BK-10475<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☒ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/31/2023

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 1    **F 1007-1.1.AMENDED.SUMMARY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
US Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov
Chapter 7 Trustee, Richard Marshack - pkraus@marshackhays.com; mlowe@shulmanbastian.com
The Irvine Company LLC - walterp@bewleylaw.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On (*date*) 05/31/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/31/2023 | Parisa Fishback, Esq. | /s/ Parisa Fishback, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                         Page 2                                    F 1007-1.1.AMENDED.SUMMARY

American Express
Box 0001
Los Angeles, CA 90096

Aramarck
1225 Versailles Road
Lexington, KY 40508

Bank of America
P.O Box 10287
Van Nuys, CA 91410-0287

Cisco Food
1390 Enclave Pkwy
Houston, TX 77077

Cox Communications
1400 Lake Hearn Drive
Atlanta, GA 30319

Daniels Western
5217 Industry Avenue
Pico Rivera, CA 90660

DoorDash
303 2nd Street, Suite 800
San Francisco, CA 94107

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

Guy Young
21551 Archer Circle
Huntington Beach, CA 92646

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvine Company
110 Innovation Drive
Irvine, CA 92617

Irvine Company
550 Newport Center Drive
Newport Beach, CA 92660

Irvine Company
c/o Walter Pena. Esq.
13215 Penn Street, Suite 510
Whittier, CA 90602

Jacmar Food Service
300 North Baldwin Park Blvd.
La Puente, CA 91746

Kalamata Capital Group
80 Broad Street, Suite 1210
New York, NY 10004

LaJolla Tortilla
1713 East Vernon Ave Lounge
Los Angeles, CA 90058

Navidtas Credit Corp
203 Fort Wade Road, Suite 300
Ponte Vedra, FL 32081

Nuc02
2800 SE Marketplace Stuart
Stuart, FL 34997

Orange County Tax Collector
100 4th Street
SAnta Ana, CA

PayPal
2211 N. FIRST STREET
San Jose, CA 95131

Pop Menu Inc
1000 Parkwood Circle, Suite 100
Atlanta, GA 30339

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Southern California Gas
1801 S. Atalntic Blvd
Monterey Park, CA 91754

Straub Distributing
4633 East La Palma Avenue
Anaheim, CA 92807

Unified Paper & Packaging
1809 East 42nd Street
Los Angeles, CA 90058

US Small Business Administration
5 HUTTON CENTRE DRIVE #900
Santa Ana, CA 92701

Webbank
c/o Toast Capital
401 Park Drive, suite 801
Boston, MA 02215

Webbank
c/o PayPal
215 S. State Street, Suite 1000
Salt Lake City, UT 84111