E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
GIL HOPENSTAND (State Bar No. 225899)
Special Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 634-3840
    E-mail: gil.hopenstand@sba.gov

Attorneys for U.S. Small Business Administration

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Taquiero Taco LLC,<br><br>        Debtor, | Case No. 8:23-bk-10475-TA<br><br>Chapter 7<br><br>**STIPULATION RE: DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL**<br><br>**No Hearing Required** |

TO THE HONORABLE THEODOR ALBERT, CHIEF UNITED STATES BANKRUPTCY JUDGE:

**IT IS HEREBY STIPULATED AND AGREED** between the UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION ("SBA") through its counsel of record, and RICHARD A. MARSHACK, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee," collectively with the SBA, the "Parties") of the bankruptcy estate ("Estate") of Taquiero Taco LLC ("Debtor") in the above-captioned case ("Case") as follows:

## RECITALS

A.    The Debtor filed a voluntary Chapter 7 bankruptcy petition on March 8, 2023 (the "Petition Date"), commencing the Case.

B.Pre-petition, on or about May 22, 2020, SBA issued to the Debtor a secured Economic Injury Disaster Loan in the principal amount of $150,000.00 (the "SBA Loan"). The SBA Loan is evidenced by a promissory note, which, among other things, empowers SBA to take possession of any collateral that secures the SBA Loan, or to sell, lease, or otherwise dispose of any collateral that secures the Loan at public or private sale, with or without advertisement.

C.The SBA Loan is also evidenced by a Security Agreement executed on or about May 22, 2020, and a UCC-1 Financing Statement validly filed on May 28, 2020, with the California Secretary of State as Filing Number 207782514440 ("SBA Lien"). The SBA Loan is secured by all of the Debtor's tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software, and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code (collectively, the "Personal Property Collateral"). The security interest includes all accessions, attachments, accessories, parts, supplies and replacements for the Personal Property Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

D.Interest accrues on the SBA Loan at the rate of 3.75% per annum.

E.On or about October 5, 2021, the SBA Loan was modified and increased to the cumulative principal amount of $500,000.00.

F.As of the Petition Date, the Debtor owes SBA $534,381.85 on account of the SBA Loan.

G.The Debtor is anticipating a tax overpayment from the Internal Revenue Service ("IRS") in the approximate amount of $110,000 (the "Tax Overpayment").

H.The amount of the Tax Overpayment is far less that the unpaid balance of the SBA Loan secured by the SBA Lien. Accordingly, the Trustee and the SBA have agreed to allow the Trustee to dispose of the Estate's interest, if any in the Tax Overpayment, to the SBA, pursuant to 11 U.S.C Section 725.

I.	Therefore, the Parties stipulate that the Tax Overpayment shall no longer constitute an asset of the Estate, and SBA may offset any IRS overpayment, including the Tax Overpayment.

**STIPULATION**

1. <u>Recitals.</u> The Recitals set forth above are incorporated herein by this reference and shall be deemed a material part of the Stipulation.

2. <u>Disposition of Collateral.</u> Subject to the terms and conditions of this Stipulation, the Trustee is authorized to dispose of the Tax Overpayment for the benefit of the SBA. Accordingly, SBA shall assume legal title of the Tax Overpayment and the Tax Overpayment shall no longer constitute an asset of the Estate. SBA may offset any IRS overpayment, including the Tax Overpayment.

3. <u>Assignability, Binding Effect and Survival</u>. This Stipulation shall inure to the benefit of and shall be binding upon the Parties, their successors, and assigns. Trustee may not assign this Stipulation without SBA's consent. To the extent that the SBA has the right to assign its rights to a third party under the SBA Loan and related loan documents, SBA may assign this Stipulation to any assignee to which it assigns its rights under the SBA Loan and related Security Agreement and UCC-1 Financing Statement

4. <u>Entire Agreement</u>. This Stipulation contains all of the agreements between the Parties and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this Stipulation must be in writing and must be signed and executed by the Parties.

5. <u>Authority.</u> The Parties to this Stipulation represent and warrant that each has reviewed and understands its terms and contents. The Parties to this Stipulation further represent and warrant that each has the power to execute, deliver, and perform this Stipulation; that each has taken all necessary action to authorize the execution, delivery, and performance of this Stipulation; and that this Stipulation is enforceable in accordance with its terms.

6. <u>Representation by Counsel</u>. The Parties do hereby acknowledge and agree that each has been represented by, or had the opportunity to seek representation by, independent counsel of his or its

1 own choice throughout all negotiations that preceded the execution of this Stipulation. The Trustee represents and acknowledges that he enters into this Stipulation freely and voluntarily. The Trustee further acknowledges that he has had sufficient opportunity to consult with an attorney regarding the terms and conditions of this Stipulation.

7. <u>Execution</u>. It is contemplated that this Stipulation may be executed in several counterparts with a separate signature page for each Party. All such counterparts and signature pages, collectively, will be deemed to be one document.

8. <u>Amendment.</u> This Stipulation may be amended only by writing signed by or on behalf of the SBA and the Trustee.

9. <u>Retention of Jurisdiction</u>. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

10. <u>Fees</u>. The Parties shall bear their own attorney's fees, costs and expenses in connection with this Stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 3, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 /s/ Gil Hopenstand
GIL HOPENSTAND
Special Assistant United States Attorney
Attorneys for U.S. Small Business Administration

Date: August 3, 2023

Richard A. Marshack
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE: DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 4, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Parisa Fishback: pfishback@fishbacklawgroup.com**
- **Richard A. Marshack: pkraus@marshackhays.com**
- **Melissa Davis Lowe: mlowe@shulmanbastian.com**
- **Walter Pena: walterp@bewleylaw.com**
- **U.S. Trustee: ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On August 4, 2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE: Pursuant to the General Order 23-01, Judge's copies are not required for any document less than 25 pages.**
**DEBTOR: Taquiero Taco LLC, 21551 Archer Cir, Huntington Beach, CA 92648**

**Shulman Bastian Friedman & Bui LLP**
100 Spectrum Center Dr Ste 600
Irvine, CA 92618

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 4, 2023 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**N/A**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2023 | Julie Morales | /s/ Julie Morales |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**