United States Bankruptcy Court

Central District of California

In re:  
Taquiero Taco LLC  
    Debtor

Case No. 23-10475-TA  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taquiero Taco LLC, 21551 Archer Cir, Huntington Beach, CA 92646-8017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elan S Levey | on behalf of Creditor U.S. Small Business Administration elan.levey@usdoj.gov  julie.morales@usdoj.gov |
| Melissa Davis Lowe | on behalf of Trustee Richard A Marshack (TR) mlowe@shulmanbastian.com  avernon@shulmanbastian.com |
| Parisa Fishback | on behalf of Debtor Taquiero Taco LLC pfishback@fishbacklawgroup.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Walter Pena | on behalf of Creditor The Irvine Company LLC walterp@bewleylaw.com  walterpena@gmail.com |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Aug 09, 2023 Form ID: pdf042 Total Noticed: 1
TOTAL: 6

```
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
GIL HOPENSTAND (State Bar No. 225899)
Special Assistant United States Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Tel: (213) 634-3840
        E-mail: gil.hopenstand@sba.gov

Attorneys for U.S. Small Business Administration
```

**FILED & ENTERED**

**AUG 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Taquiero Taco LLC,<br><br>　　　　　Debtor, | Case No. 8:23-bk-10475-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE: DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL**<br><br>**No Hearing Required** |

The Court, having considered the "Stipulation Re: Disposition of U.S. Small Business Administration Collateral" (the "Stipulation", Dkt. No. 26); and good cause appearing, it is therefore

**ORDERED** that:

1.　The Stipulation is approved in its entirety.

2.　Subject to the terms and conditions of the Stipulation, the Trustee is authorized to dispose of the Tax Overpayment for the benefit of the SBA. Accordingly, SBA shall assume legal title of the Tax Overpayment and the Tax Overpayment shall no longer constitute an asset of the Estate. SBA may offset any IRS overpayment, including the Tax Overpayment.

/ / /

3. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

###

Date: August 9, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge